The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNIE RAY DAVIS<br><br>Defendant. | NO. CR18-0132 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS A-C TO UNITED STATES' RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3852(c)(1) |

This matter has come before the Court on the Government's Motion to Seal Exhibits A-C to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits A-C to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1), due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion (Dkt. #776) is GRANTED. Exhibits A-C to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) shall remain filed under seal.

DATED this 21st day of May, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Davis,* CR18-0132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970