Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERNIE RAY DAVIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:18-cr-00132-RAJ-014 <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Honorable Richard A. Jones, having reviewed Defendants' Motion for Leave to File Overlength Reply to Motion for Compassionate Release, and being familiar with the pertinent records, files, and proceedings, hereby orders that the motion (Dkt. #781) is GRANTED. Defendant's overlength reply brief of seven pages is accepted.

DATED this 21st day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR OVERLENGTH BRIEF - 1