Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ERNIE RAY DAVIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:18-cr-00132-RAJ <br><br> ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR COMPASSIONATE RELEASE |

THIS COURT, having considered Defendants' Motion for Leave to File Overlength Motion for Compassionate Release, and being familiar with the pertinent records, files, and proceedings, hereby orders that the motion (Dkt. # 853) is GRANTED. Defendant's overlength motion of 26 pages is accepted.

DATED this 8th day of December, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE OVERLENGTH MOTION
2:18-cr-00132-RAJ

1

Luminata, PLLC
212 Broadway E. #22815
Seattle, WA 98102
(360) 726-3130
marla@luminatalaw.com