The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　　v.<br><br>ERNIE RAY DAVIS,<br><br>　　　　　　Defendant. | NO. 2:18-cr-00132-RAJ<br><br>ORDER GRANTING MOTION<br>FOR OVERLENGTH BRIEF |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, and finding good cause, hereby states:

IT IS HEREBY ORDERED that the Motion (Dkt. # 863) is GRANTED. The United States may file its Response to Ernie Ray Davis' Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed fifteen pages in length.

DATED this 21st day of December, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR OVERLENGTH BRIEF
*United States v. Davis,* 2:18-cr-00132 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970