Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )       No. 2:18-cr-00132-RAJ
            Plaintiff,              )
                                    )
      v.                            )
                                    )       ORDER GRANTING
                                    )       DEFENDANT'S MOTION FOR
                                    )       LEAVE TO FILE OVERLENGTH
ERNIE RAY DAVIS,                    )       REPLY IN SUPPORT OF
                                    )       MOTION FOR
                                    )       COMPASSIONATE RELEASE
            Defendant.             )
_____ )

The Honorable Richard A. Jones, having reviewed Defendants' Motion for Leave

to File Overlength Reply to Motion for Compassionate Release and being familiar with

the pertinent records, files, and proceedings, hereby orders that the motion (Dkt. # 874)

is GRANTED.  Defendant's overlength reply brief of 12 pages is accepted.

DATED this 28th day of December, 2020.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE OVERLENGTH REPLY - 1
No. 2:18-cr-00132-RAJ